Joan R. BUE, Respondent,

v.

ST. OTTO'S HOME, and St. Paul Fire
and Marine Ins. Co., Relators,

Blue Cross/Blue Shield of Minnesota,
intervenor, Mutual Benefit Life Ins.
Co., intervenor, Respondents.

No. C8–88–703.

Supreme Court of Minnesota.

Aug. 26, 1988.

Michael J. Patera, Minneapolis, for rela-
tors

Ronald Drewski, St. Cloud, for Joan R.
Bue.

Indru S. Advani, St. Paul, for Blue
Cross/Blue Shield.

Paul Tamar Weseman, Minneapolis, for
Mut. Ben. Life Ins. Co.

AMDAHL, Chief Justice.

This is an appeal from a Workers' Com-
pensation Court of Appeals decision affirm-
ing an award of temporary partial compen-
sation at the temporary total rate. For the
reasons stated in *Parson v. Holman Erec-
tion Company*, 428 N.W.2d 72 (Minn.1988),
we reverse.

Reversed.